UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-mc-81287-DMM

MARC SPUNGIN, STEVEN SPUNGIN,
and DEBRA LEVINE,

       Petitioners,

v.

GENSPRING FAMILY OFFICES, LLC,

       Respondent.

_____/

## FINAL JUDGMENT

Having granted Respondent GenSpring Family Offices, LLC's Cross-Motion to Confirm

Arbitration Award (DE 12), it is hereby

      **ORDERED AND ADJUDGED** that

1.     The August 22, 2011 Award of JAMS Arbitration Case Reference Nos. 1440002993 and 144000294 is hereby **CONFIRMED**.

2.     **FINAL JUDGMENT** is hereby **ENTERED** in favor of Respondent GenSpring Family Offices, LLC and against Petitioners Marc Spungin, Steven Spungin, and Debra Levine.

3.     The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.[1]

     **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30 day of

May, 2012.

                             DONALD M. MIDDLEBROOKS
                             UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

---

[1]    DE 18.